UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80180-CIV-RYSKAMP

FEDERAL TRADE COMMISSION,

          Plaintiff,

v.

NATIONWIDE CONNECTIONS, INC.,
ACCESS ONE COMMUNICATIONS, INC.,
NETWORK ONE SERVICES, INC.,
WILLOUGHBY FARR,
MARY LOU FARR,
YARET GARCIA,
ERIKA RIABOUKHA,
QAADIR KAID,

          Defendants.
_____/



FILED by ___ D.C.
OCT 25 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER GRANTING JOINT MOTION FOR AUTHORITY TO COMPROMISE
AND SETTLE DISPUTED CLAIMS WITH BHD/WEB, LLC**

THIS CAUSE came before the court on the Receiver's and BHD/Web, LLC's Joint Motion for Authority to Compromise and Settle Disputed Claims relating to the properties located at 130 Churchill Way, in Manalapan (the "Churchill Property") and 2723 Flagler Drive, in West Palm Beach (the "Flagler Property"). [DE 247] The Court, having reviewed the Motion, the pleadings, and being otherwise duly advised in the premises, does hereby

ORDER AND ADJUDGE that:

1. The Joint Motion is GRANTED and the settlement between the Receiver and BHD/WEB, LLC (as described in the Joint Motion) is approved. Specifically, this Court approves, in lieu of a foreclosure, the Receiver conveying a Receiver's Deed to BHD/WEB, LLC or its assigns ("BHD"), in exchange for which BHD will (A) relinquish any equitable lien and/or preference claim

to any portion of the proceeds from the sale of the Churchill Property; (B) reduce its claim against the Flagler Property – currently in the amount of $1,544,566.30 (as of October 13, 2006, at the Note rate of 12%, with a per diem thereafter of $436.88) – by $250,000 (the "Reduced Claim"); (C) borrow sufficient funds (approximately $2.1 million) to pay the agreed-upon indebtedness due the first mortgagee on the Flagler Property, in exchange for an assignment to BHD of the first mortgage, after which BHD will sell the Flagler Property and, after expenses are paid, divide the net sale proceeds – 80/20 – with the Receiver (with BHD receiving 80% and the Receiver receiving 20%); and (D) upon the sale by BHD of the Flagler Property, BHD will have a non-priority, general unsecured claim against the receivership estate in the amount of its Reduced Claim, less the 80% of the net proceeds that it receives from the sale of the Flagler Property.[1]

2.  BHD and the Receiver shall have no more than thirty (30) days from the date of this Order to file a written, and fully-executed, Settlement Agreement with this Court and complete the closing (*i.e.*, the pay off of the first mortgagee and the delivery of the Receiver's deed to BHD). The foregoing closing of the Flagler Property shall not, however, occur unless the Settlement Agreement has been finalized and filed with this Court.

3.  This Court is mindful that 28 U.S.C. Section 2001 governs the Receiver's private sale of realty. The transaction contemplated by the settlement does not, however, qualify as a "sale" of realty by the Receiver, because this Court has already ordered, pursuant to this Court's June 30, 2006 Order on Motions to Foreclose (D.E. 136), that the Receiver provide the first mortgagee on the Flagler Property with a "deed-in-lieu-of-foreclosure" (or the equivalent thereto) by September 20,

---

[1] If BHD is unable to – or chooses not to – close, it has agreed, as liquidated damages, to <u>further</u> reduce its non-priority, general unsecured claim against the receivership estate by an additional $200,000, for a total of a $450,000 reduction in its non-priority, general unsecured claim against the receivership estate.

2006. As a result, the transaction contemplated by the settlement is the resolution of pending motions between the Receiver and BHD rather than the sale of realty.

4. To that end, this Court shall deny – after the Settlement Agreement between the Receiver and BHD has been filed in accordance with paragraph 3 above – all pending motions relating to the Churchill Property and the Flagler Property (*i.e.*, D.E. 200 and D.E. 201).

5. Notwithstanding the foregoing, if for any reason the closing and payoff of the First Mortgagee on the Flagler Property does not take place within 30 days of the date of this Order, the First Mortgagee shall be free to proceed forthwith with its state court foreclosure lawsuit, including any appropriate amendments thereto, including the filing of the Consent to Judgment provided to the First Mortgagee by the Receiver pursuant to the Court's June 30, 2006 Order. In such a case, the Court will not entertain a motion that would delay further the First Mortgagee's right to foreclose.

6. This Court retains jurisdiction to enforce the terms of the settlement (as described in the Joint Motion) and the written Settlement Agreement.

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida this 25 day of October, 2006.

THE HONORABLE KENNETH L. RYSKAMP
United States District Court Judge

[Copies furnished to all parties on the attached service list]

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;471541;1

*FTC v. NCI, et al*
Case No. 06-80180-CIV-RYSKAMP

### SERVICE LIST

David R. Chase, Receiver
David R. Chase, P.A.
Wachovia Center-Penthouse
1909 Tyler Street
Hollywood, Florida 33020

Laura Kim, Esquire
Michael Davis, Esquire
Collot Guerard, Esquire
Lisa Fialco, Esquire
Federal Trade Commission
600 Pennsylvania Avenue NW,
Room H-238
Washington, DC 20580

Mark D. Johnson, Esquire
Mark D. Johnson, P.A.
*Attorney for Defendants Qaadir Kaid, Yarat Garcia, and Erika Riaboukha*
10 Central Parkway
Suite 210
Stuart, Florida 34994

Scott G. Hawkins, Esquire
Roberto M. Vargas, Esquire
Jones Foster Johnston & Stubbs, PA
*Counsel for Defendants, Mary Lou Farr and Willoughby Farr*
Flagler Center Tower, Suite 1100
505 South Flagler Drive
West Palm Beach, Florida 33401

Robert M. Weinberger, Esq.
Cohen, Norris, Scherer, Weinberger & Wolmer
*Attorneys for Creditor Denise McCann*
712 U.S. Highway 1
Suite 400
North Palm Beach, Florida 33408

Jerry M. Markowitz, Esq.
Ross R. Hartog, Esq.
Markowitz, Davis, Ringel, & Trusty, P.A.
*Attorneys for First Churchill Way, LLC*
Two Datran Center, Suite 1225
9130 South Dadeland Boulevard
Miami, Florida 33156-7849

Thomas G. Long, Esquire
Hildegund P. Wanders, Esquire
Barnett Bolt Kirkwood Long & McBride
*Attorneys for BMW Financial Services NA, LLC*
601 Bayshore Boulevard
Suite 700
Tampa, Florida 33606
*(Via U.S. Mail)*

Gary Dunkel, Esquire
*Counsel for BHD/WEB LLC*
Greenberg Traurig, P.A.
777 South Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401

| | |
|---|---|
| Diane Wells, Esquire<br>Devine Goodman Pallot & Wells, PA<br>777 Brickell Avenue, Suite 850<br>Miami, FL 33131<br>*(Via U.S. Mail)* | Jeffrey C. Schneider, Esq.<br>Michelle T. Visiedo-Hidalgo, Esq.<br>*Counsel for David R. Chase, Receiver*<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, Florida 33131 |
| Steven A. Lancellotta, Esq.<br>Tighe Patton Armstrong Teasdale, PLLC<br>1747 Pennsylvania Avenue, N.W.<br>Third Floor<br>Washington, D.C. 20006-4604<br>*(Via Facsimile & U.S. Mail)* | Scott B. Newman, Esq.<br>Holland & Knight LLP<br>222 Lakeview Avenue, Suite 1000<br>West Palm Beach, Florida 33401<br>*(Via Facsimile & U.S. Mail)* |
| Andrew G. Berg, Esq.<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4706 | |