UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80180-Civ-RYSKAMP/VITUNAC

FEDERAL TRADE COMMISSION,

      Plaintiff,

vs.

NATIONWIDE CONNECTIONS, INC.,
*et al.*,

      Defendants.
_____/

## JOINT MOTION OF THE RECEIVER AND
## DEFENDANT THE BILLING RESOURCE D/B/A INTEGRETEL
## FOR THREE-WEEK STAY OF OMNIBUS ORDER

David R. Chase, not individually, but solely in his capacity as receiver ("the Receiver"), and defendant the Billing Resource d/b/a Integretel ("Integretel") jointly move that the Court enter the accompanying agreed order staying the Omnibus Order for a period of three weeks, during which time the $1,762,762.56 in disputed funds (the "Disputed Funds") will be maintained in a segregated and blocked debtor-in-possession account under the control of the bankruptcy court ("the Blocked Account") and will not be withdrawn from that account except by prior, written order of that court. In support of this motion, the Receiver and Integretel state as follows.

As the Court knows, Integretel has filed a motion in the bankruptcy court for authority to use cash collateral. As of the commencement of Integretel's bankruptcy filing, at least some of the funds that it was seeking to use in connection with its cash collateral motion included the Disputed Funds. A hearing on that motion was held on Wednesday, September 26. At that hearing, the bankruptcy court asked Integretel if it could operate its business for a three-week

period without using the Disputed Funds. Integretel's counsel indicated that it could, so the bankruptcy court strongly urged that, instead of litigating the cash collateral motion, the parties simply agree to (a) place the Disputed Funds in the Blocked Account for three-weeks, and (b) ask this Court for a three-week stay of the contempt proceeding. During that time, Integretel could pursue discussions with a potential buyer for one of its subsidiaries, and devote more of its attention to its reorganization efforts.

Based on this request from the bankruptcy court, and subject to the conditions placed on the Blocked Account, Integretel and the Receiver agreed to ask this Court for a three-week stay of all deadlines and proceedings relating to the September 14 Omnibus Order, provided that Integretel maintain the Disputed Funds in the Blocked Account. The FTC does not oppose such a stay of the Omnibus Order.

The Receiver and Integretel have entered into a stipulation in the bankruptcy court memorializing this agreement ("the Stipulation"). A copy of that stipulation is attached to this motion as Exhibit 1 and its terms are incorporated herein by reference. The Stipulation has been approved by the bankruptcy court. A copy of the order approving the stipulation is attached as Exhibit 2.

The Stipulation provides that no advantage or prejudice shall arise in favor of any person, including Integretel, the Receiver, or any other party by Integretel's deposit or transfer of the Disputed Funds into the Blocked Account, including without limitation that no implication as to ownership, possession, liens or other claims of right shall arise in any person's favor with respect to the Disputed Funds by Integretel's placement of those into the Blocked Account. The Stipulation further provides that all parties reserve all of their rights, claims and defenses with

-3-

respect to the Disputed Funds, and nothing in the Stipulation or the order approving the Stipulation will in any way affect the merits of such parties' rights, claims and defenses.

The Receiver is satisfied that the three-week stay that is agreed to in the Stipulation and that is sought by this motion will adequately protect his interests and claims with respect to the Disputed Funds during the period that the stay remains in effect.

WHEREFORE, the Receiver and Integretel jointly request that the Court enter the accompanying agreed order.

Respectfully submitted,

/s/ Scott B. Newman
Scott B. Newman, Florida Bar No. 339717
Martin J. Alexander, Florida Bar. No. 346845
HOLLAND & KNIGHT LLP
222 Lakeview Ave., Suite 1000
West Palm Beach, Florida 33401
scott.newman@hklaw.com
marty.alexander@hklaw.com
Tel.:   (561) 833-2000
Fax:   (561) 650-8399

/s/ Neal Goldfarb
Richard H. Gordin, Pro hac vice
Neal Goldfarb, Pro hac vice
TIGHE PATTON ARMSTRONG TEASDALE PLLC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
rgordin@tighepatton.com
ngoldfarb@tighepatton.com
Tel.:   (202) 454-2800
Fax:   (202) 454-2805

*Counsel for The Billing Resource d/b/a Integretel*

/s/ Jeffrey C. Schneider
Jeffrey C. Schneider, P.A.,
Florida Bar No. 933244
Patrick J. Rengstl
Florida Bar No. 0581631
TEW CARDENAS LLP
Four Seasons Tower—15th Floor
1441 Brickell Avenue
Miami, FL  33131
jcs@tewlaw.com
pjr@tewlaw.com
305-536-1112 telephone
305-536-1116 facsimile

*Attorneys for Receiver David R. Chase*

## Certificate of Service

I HEREBY CERTIFY that on October 9, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*/s/ Scott B. Newman*
Scott B. Newman

SERVICE LIST
Federal Trade Commission vs. Nationwide Connection, Inc., et al
Case No. 06-80180-Civ-Ryskamp/Vitunac

**CM/ECF Notice List:**

LAURA M. KIM, ESQ.
lkim@ftc.gov and ereid@ftc.gov
MICHAEL J. DAVIS, ESQ.
mdavis@ftc.gov
COLLOT GUERARD, ESQ.
cguerard@ftc.gov and cguerard@comcast.net
RICHARD McKEWEN, ESQ.
rmckewen@ftc.gov
ROBERT SCHOSHINSKI, ESQ.
rschoshinski@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave., N.W., Room 286
Washington, DC  20580
202-326-3734 telephone (Kim)
202-326-3395 facsimile
*Attorneys for Plaintiff Federal Trade Commission*

MARK D. JOHNSON, ESQ.
MarkDJohnsonPA@bellsouth.net
Mark D. Johnson, P.A.
10 Central Parkway, Suite 210
Stuart, Florida  34994
772-223-7700 telephone
772-223-1177 facsimile
*Attorneys for Defendants, Yaret Garcia, Erika Riaboukha and Qaadir Kaid*

MICHAEL GARRETT AUSTIN, ESQ.
maustin@mwe.com
305-347-6517 telephone
STEVEN E. SIFF, ESQ.
ssiff@mwe.com
305-347-6511 telephone
McDermott Will & Emery LLP
201 S Biscayne Boulevard
Suite 2200
Miami, FL 33131-4336
347-6500 facsimile
*Attorneys for Defendants Billing Concepts, Inc., ACI Billing Services, Inc. d/b/a OAN, and BSG Clearing Solutions North America, LLC*

ANDREW G. BERG, ESQ.
ABerg@kslaw.com
CAROLYN TAPIE, ESQ.
ctapie@kslaw.com
KEVIN DINAN, ESQ.
KDinan@kslaw.com
JOHN-DAVID THOMAS, ESQ.
jthomas@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-4704
202-737-0500 telephone
202-626-3737 facsimile
*Attorneys for Defendants Billing Concepts, Inc., ACI Billing Services, Inc. d/b/a OAN, and BSG Clearing Solutions North America, LLC*

ROSANNE BRADY, ESQ.
Rosanne@macalusolaw.com
PETER N. MACALUSO, ESQ.
peter@macalusolaw.com
The Law Office of Peter N. Macaluso
3302 N. Tampa Street
Tampa, FL 33603
813-251-2831 telephone
813-228-7004 facsimile
*Attorneys for Crossclaim defendant/Third-party defendant Ronny Morrillo*

DERICK J. RODGERS, ESQ.
drodgers@lawdcm.com
Davis Cedillo & Mendoza Inc
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, TX 78212
210-822-6666 telephone
210-822-1151 facsimile
*Attorneys for Defendants Billing Concepts, Inc., ACI Billing Services, Inc. d/b/a OAN, and BSG Clearing Solutions North America, LLC*

DIANE NOLLER WELLS, ESQ.
dwells@devinegoodman.com
Devine Goodman Pallet & Wells, PA
777 Brickell Avenue, Suite 850
Miami, FL 33131
305-374-8200 telephone
305-374-8208 facsimile
*Attorneys for Second Churchill Way, LLC*

HENRY W. JOHNSON
hjohnson@jzwlawfirm.com
Hume & Johnson
1401 University Drive, Suite 301
Coral Springs, FL 33071
954-755-9880 telephone
*Attorneys for Interested Party John J. Smith*

JEFFREY C. SCHNEIDER, ESQ.
jcs@tewlaw.com
PATRICK J. RENGSTL
pjr@tewlaw.com
MICHELLE T. VISIEDO-HIDALGO, ESQ.
mtv@tewlaw.com
Tew Cardenas LLP
Four Seasons Tower—15th Floor
1441 Brickell Avenue
Miami, FL 33131
305-539-2481 telephone
305-536-1116 facsimile
*Attorneys for Receiver David R. Chase*

GARY M. DUNKEL, ESQ.
dunkelg@gtlaw.com
JASON H. OKLESHEN, ESQ.
okleshenj@gtlaw.com
Greenberg Traurig
Phillips Point – East Tower, Suite 300-E
777 South Flagler Drive
West Palm Beach, FL 33401
561-650-7900 telephone
561-655-6222 facsimile
*Attorneys for Interested Party BHD/Web, LLC*

MICHAEL WOODBURY, ESQ.
michael.woodbury@woodbury-santiago.com
Two Datran Center—Penthouse 1A
9130 South Dadeland Boulevard
Miami, FL 33156
305-669-9570 telephone
305-669-8616 facsimile
*Attorneys for Grunspan Trust, et al*

JOHN W. CHAPMAN, JR., ESQ.
jchapman@nhlslaw.com
Norton Hammersley Lopez & Skokos
1819 Main Street, Suite 610
Sarasota, FL 34236
941-954-4691 telephone
941-954-2128 facsimile
*Attorneys for ThirdParty Plaintiff Systems & Services Technologies*

ROBERT M. WEINBERGER, ESQ.
rmw@fcohenlaw.com
Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway 1, Suite 400
North Palm Beach, FL 33408
*Attorneys for Interested Party Denise McCann*

THOMAS G. LONG, ESQ.
tlong@barnettbolt.com
HILDEGUND P. WANDERS, ESQ.
Barnett Bolt Kirkwood & Long
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
813-253-2020 telephone
813-251-6711 facsimile
*Attorney for BMW Financial Services*

ROBERT VOSS FITZSIMMONS, ESQ.
rvf@kubickidraper.com
Kubicki Draper
City National Bank Building
25 W Flagler Street, Penthouse
Miami, FL 33130-1712
305-982-6741 telephone
305-374-7846 facsimile
*Attorneys for AmeriCredit Financial Services*

CHAD A. DEAN, ESQ.
chad@schuylaw.com
Schuyler Stewart Smith
118 West Adams Street, #800
Jacksonville, FL 32202
904-353-5884 telephone
904-353-5994 facsimile
*Attorneys for Primus Automotive Financial Services and Ford Motor Co. Credit Co.*

BRUCE ERIC BLOCH, ESQ.
sblawfirm@aol.com
Sapurstein & Bloch PA
9700 South Dixie Highway, Suite 1000
Miami, FL 33156
305-670-9500 telephone
305-670-6900 facsimile
*Attorneys for J P Morgan Chase Bank, N.A.*

THEODORE J. LEOPOLD, ESQ.
tleopold@riccilaw.com
Ricci Leopold
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
561-684-6500 telephone
561-515-2610 facsimile
*Attorneys for Interested Party Mercantile Bank*

**Manual Notice List:** (via U.S. Mail)

WILLOUGHBY FARR, Inmate No. 653974
Avon Park Correctional Institution
PO Box 1100
County Road 64 East
Avon Park, FL 33926-1100
*Defendant, Pro Se*

MARY LOU FARR
c/o James Stonehill
1006 Churchill Circle South
West Palm Beach, FL 33405
*Defendant, Pro Se*

MICHAEL DAVID McDONOUGH, ESQ.
12794 Forest Hill Blvd., Suite 19D
Wellington, FL 33414
561-791-0590 telphone
*Attorney for Crossclaim defendants/Third-party defendants German Miranda and Jesus Sandoval*

Jessy Mendoza
6117 Blue Grass Circle
Lake Worth, FL 33463