UNITED STATES DISTRICT COURT
Southern DISTRIST OF FLORIDA

CASE NO: 80180-CIN-Rskamp/Vitunac

FEDERAL TRADE COMMISSION,
        plaintiff

V.

NATIONWIDE Connection Inc, et al,
Defendants

DEFENDANT WILLOUGHBY FARR'S VERIFIED
RESPONCE TO PLAINTIFFS MOTION FOR SUMMARY
Judgement

COMES NOW the defendant, Willoughby
Farr, pursuant to the provisions of FED.
R. CIV. P. 56(e), AND files this verified
responce to the plantiffs motion for Summary.
In support thereof, Defendant shows
the folbwing,



As a pro-say defendant currently in STATE prison on unrelated charges. I have been unable to participate in any deposistions OTHER than my own. IF the court were to grant the FTC's MOTION for summary Judgement, the court would denie me the ability to cross examine and question any witness that the FTC cites in there Motion.

The FTC would have the court beleve than all the facts in their case are uncontested, that is simply untrue. For example Jeusus Sandoval's declaration is cited numerous times thru out their Motion. Mr Sandoval also a cross claim defendant was the person employed by Nationwide Connection to allegedly send record to the Aggregators defendants. He claims in his declaration that he was instructed to fabracate collect call records. Yet while being deposed by BSG's attorney's, he now says he didn't know what kind of records he was createing. That is more than a minor inconsistancie. Given the importance of his STATEMENT to the FTC case, it is only fair that I as a disadvantaged pro-say defendant be allowed to question him in open court.

Mr. Sandoval duplicity goes even further. Mr Sandoval was also the programmer who programmed the long distance Switch used by Network one Services, another defendant. The long distance switch is a computer used to keep track of call made, and accepted. Yet No where

(2)

in his statement is that key piece of information mentioned. The existance of the switch, and the records created by it. Would prove that Network one Services didnot manufacture any Culls There is indipendant proof of that. The Switch itself would have to have an underlying long distance carrier. That carrier would in to turn send detailed billing records to Network One. Those records would show Calls took place. Those record exist, And were on premises when the FTC and reciever sieced Nationwide Connections records. Yet despite the Fact that under the TRO, I'm to be given access to those records. They have ~~been~~ Not been turned over to me. This despite requests both over the phone, And in writing. That is another example of why this case should be allowed to Move toward trial

The FTC would have the court believe, that the Nationwide Denfendants are responcubl for over 30 Millien in bogus charges. Yet during the course of It's operation Nationwide only recieved 566 regulatory complaints. This despite dealing with allegedly Millions of customers. The FTC itself admits that Nationwide Connection had an average number of refunds for Simular Calls. Yet despite this the FTC would have the court issue life altering sanctions to the various defendants without the benifit of a trial

In it's Summary Judgement, the FTC would have the court believe that any

③

potential consumer liability should be assed jointly amongst all defendants. The FTC asserts that without the aggregator dendants, NATIONWIDE Connection records could have never made it to a consumers phone bill. Additionally they also assert that, Both BSG And Integretel knew exactly what quality records they were recieving from the NATIONWIDE Connections, And Acessone. IF the court were to accept that fact. Then the court should understand that any liability consumer should be assed to the aggregators.

Integretel itself STATES thruout it's recent chapter 11 Filing. That Access one And Network one had or has No serurity instrest in the records shipped by them to Integretel. Commonsense says that if Integretel was acting as a disintrested third party processer, that would not be the case. Yet thruout both Integretels attorneys And it's federal bankruptcy Judge, state that None of the venders (Access one, Network one) has a serurity intrest. Recently the court itself held that Integretel should explain why it should Not be held in contempt, for refusing to turnover alleged reserve monie to the reciever. Under oath kca Dawsen stated that "that there is No reserve monie, it was only a bookeeping instrest entry."

The monies remitted to Integretel by the Local Phone companies, is not even held in a separate account. It's instead deposited into Integretels operating account



That Money is used to fund Integretel's day to day operations. Occasionally depending on Integretels own accounting procedures, and their desire to purchase more records from venders. Money would be wire out to those venders. So really Integretel is just a purchaser of records, which it attempts to resell the local phone companies at a profit. Access One already shipped over 5 million dollars worth of records, only to recieve a little more than 900,000 in return

In May of 2005 Integretel ceased purchasing records from Access One. Claiming a concern about the quality of the records yet they continued to profit off of those records, actually shipping additional records to the local phone companies, after stating their own concern in writing. They continued to recieve money from the local phone companies based upon those submissions. That Money was not held in reserve, for potential consumer redress, it was used to fund Integretel's operation

So I ask the court how can Access One be held liable for money it never recieved. once they took posession of those records, they also took posession of any potential liability. That is another important issue that the FTC fails to grasp. which should also be heard by the court.

Now The BSG defendants also find themselves in a simular situation liability wise. If the court were to find liability exist, it should fall on BSG.



I would ask the court to look at the advance purchase agreement between ACI/BSG And NATIonwide Connections. That aggreement allows BSG to purchase call records From NATIonwide. In advance of consumers. In Fact BSG would purchase those records weeks before they were actually placed on a consumers phone bill. Once those records were purchased any liability should shift from NATIonwide to BSG. Even if records oringinate with NATIonwide, BSG per it's billing and collection aggreement with the local phone companies, would assumer Full liability. Yet the FTC in its Motion for Summary ~~judgent~~ Judgement over looks that issue. BSG ceased purchasing records from NATIonwide in Nov 05, yet they continued to collect money from the local phone companies afterward. That money was used to cover earlier purchases. In countless documents brought to light durry the discourd, period. BSG offers signed affidaveth attesting to the quality of those records. Would BSG do that if they were only a disintrested 3rd party ~~processor~~ prosessor. No they would not, but they might if they were attempting to sell records they just brought at a profit. This is another issue that should be contested in front of the court

Summary ~~judgement~~ is wholly unappropate at this in the proceeding, where there are genuine ~~issed~~ of material fact ~~to be~~ that ~~desired~~ Remain in dispute. I would ask at this point that the court dinie the FTC's Motion for Summary Judgent. This case

Should be allowed to proceed to trial. If the court were find that consumer liability exists, I would ask that the court hold a hearing on that nature and direction of that liability.

Additionally, I would hope that if the court were to allow the aggregator defendant deserve a trial. That it should also allow ~~the~~ to my case to go to trial. Since it would not ~~prefe~~ predjuce the FTC or take any more of the court's time, since they consider the alleged action intertwined

I would also hope that if the case were allowed to proceed that it might be settled thru the already court altered mediation.

I Willoughby Farr who is a defendant in the above captioned case, have read the foregoing document. And have personel knowledge of the facts, Ano matters therein set forth and alleged, Ano that each and all the of these facts Ano matters are true and correct

Willoughby Farr